FOSTER GARVEY PC
DIANA SIRI BREAUX, WSBA #46112
diana.breaux@foster.com
1111 Third Avenue, Suite 3000
Seattle, WA 98101
Telephone:  (206) 816-1416
Facsimile:  (206) 464-0125

WILLKIE FARR & GALLAGHER LLP
BENEDICT Y. HUR, #224018
*(Pro Hac Vice Pending)*
bhur@willkie.com
SIMONA A. AGNOLUCCI, #2469443
*(Pro Hac Vice Pending)*
sagnolucci@willkie.com
JOSHUA D. ANDERSON, #312836
*(Pro Hac Vice Pending)*
jdanderson@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone:  (415) 858-7400
Facsimile:  (415) 858-7599

Attorneys for Plaintiff
WORKDAY, INC.

Honorable Stanley A. Bastian

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WORKDAY, INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br><br>WASHINGTON STATE UNIVERSITY and DOES 1 through 10,<br><br>　　　　　　Defendants. | No. 2:19-cv-00433-SAB<br><br>DECLARATION IN SUPPORT OF MOTION TO EXPEDITE HEARING ON PLAINTIFF'S MOTION TO ADMIT BENEDICT Y. HUR PRO HAC VICE<br><br>Note On Motion Calendar:<br>1/09/2020<br>Without Oral Argument |

DECLARATION IN SUPPORT OF MOTION
TO EXPEDITE - 1
NO. 2:19-CV-00433-SAB

FOSTER GARVEY P.C.
618 W. RIVERSIDE, SUITE 300
SPOKANE, WASHINGTON  99201-5102
PHONE (509) 777-1600   FAX (509) 777-1616

1  I, Asti M. Gallina, declare as follows:

2  1.  I am an attorney at Foster Garvey PC.  I am competent to testify to the matters in this declaration and, if called to do so, could and would testify.

3  2.  On Thursday, January 2, 2020, I attempted to contact Danielle Hess, Senior Assistant Attorney General in the Attorney General's WSU Division. I was informed that Ms. Hess is out of the office through Friday. I asked to be put in contact with anyone in the office who could speak on this matter and was told that someone from the office would return my call.

4  3.  No one from the WSU AG's Office has returned my call.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and accurate.

Executed this 2nd day of January, 2020, at Spokane, Washington.

s/ Asti Gallina
Asti Gallina WSBA #53361
FOSTER GARVEY PC
618 W. Riverside Ave, #300
Spokane, WA 99201
Telephone:  (509) 241-1507
Facsimile:  (844) 462-2902
asti.gallina@foster.com

Attorneys for Plaintiff
WORKDAY, INC.

DECLARATION IN SUPPORT OF MOTION TO EXPEDITE - 2
NO. 2:19-CV-00433-SAB

FOSTER GARVEY P.C.
618 W. RIVERSIDE, SUITE 300
SPOKANE, WASHINGTON 99201-5102
PHONE (509) 777-1600  FAX (509) 777-1616

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2020, I electronically filed the foregoing. Notice, which will be served on all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Because counsel for WSU has not yet appeared in the case, I further certify that I caused notice of this motion to be served on all parties by email and certified mail.

DATED at Spokane, Washington, this 2nd day of January, 2020.

s/ Julie Robertson
Julie Robertson
Legal Practice Assistant

DECLARATION IN SUPPORT OF MOTION TO EXPEDITE - 3
NO. 2:19-CV-00433-SAB

FOSTER GARVEY P.C.
618 W. RIVERSIDE, SUITE 300
SPOKANE, WASHINGTON 99201-5102
PHONE (509) 777-1600  FAX (509) 777-1616