FOSTER GARVEY PC
DIANA SIRI BREAUX, WSBA #46112
diana.breaux@foster.com
1111 Third Avenue, Suite 3000
Seattle, WA 98101
Telephone:    (206) 816-1416
Facsimile:    (206) 464-0125
TODD REUTER, WSBA #20859
todd.reuter@foster.com
618 W. Riverside Avenue, Suite 300
Spokane, WA 99201
Telephone:    (509) 241-1561
Facsimile:    (844) 462-2906

WILLKIE FARR & GALLAGHER LLP
BENEDICT Y. HUR, #224018
*(Pro Hac Vice Pending)*
bhur@willkie.com
SIMONA A. AGNOLUCCI, #2469443
*(Pro Hac Vice Pending)*
sagnolucci@willkie.com
JOSHUA D. ANDERSON, #312836
*(Pro Hac Vice Pending)*
jdanderson@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone:    (415) 858-7400
Facsimile:    (415) 858-7599

Attorneys for Plaintiff
WORKDAY, INC.

Honorable Stanley A. Bastian

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WORKDAY, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON STATE UNIVERSITY and DOES 1 through 10,<br><br>Defendants. | No. 2:19-cv-00433-SAB<br><br>JOINT NOTICE OF SETTLEMENT AND WITHDRAWAL OF MOTIONS |

NOTICE OF SETTLEMENT - 1
Case No. 2:19-cv-00433-SAB

**FOSTER GARVEY P.C.**
618 W. RIVERSIDE, SUITE 300
SPOKANE, WASHINGTON 99201-5102
PHONE (509) 777-1600   FAX (509) 777-1616

1  By this submission Workday, Inc. ("Workday") and Washington State
2  University ("WSU") hereby notify the Court that they have reached an agreement
3  with third-party document requestor Tambellini Group to limit the Tambellini
4  Group's request so that it no longer asks for the information that Workday is seeking
5  to protect. WSU agrees to honor the Tambellini Group's revised request and remove
6  the information Workday seeks to protect from production.

7  Accordingly, in reliance upon the parties' agreements, Workday hereby
8  withdraws the following pending motions:

- Motion for Temporary Restraining Order, ECF No. 2.
- Motion to Appear *Pro Hac Vice* re Attorney: Simona A. Agnolucci, ECF No. 8.
- Motion to Appear *Pro Hac Vice* re Attorney: Joshua D. Anderson, ECF No. 9.
- Motion to Expedite Hearing on Plaintiff's Motion to Admit Benedict Y. Hur *Pro Hac Vice*, ECF No. 14.

NOTICE OF SETTLEMENT - 2
Case No. 2:19-cv-00433-SAB

FOSTER GARVEY P.C.
618 W. RIVERSIDE, SUITE 300
SPOKANE, WASHINGTON 99201-5102
PHONE (509) 777-1600  FAX (509) 777-1616

FG:53580686.1

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 | FOSTER GARVEY PC |
| 3 | s/ *Asti Gallina* |
| 4 | Asti Gallina, WSBA #53361 |
|   | 618 W. Riverside, Suite 300 |
| 5 | Spokane, WA 99201 |
|   | Telephone: (509) 241-1507 |
| 6 | Facsimile: (509) 777-1616 |
|   | asti.gallina@foster.com |

Diana Siri Breaux, WSBA #46112
1111 Third Avenue, Suite 3000
Seattle, WA 98101
Telephone: (206) 816-1416
Facsimile: (206) 464-0125
diana.breaux@foster.com

WILLKIE FARR & GALLAGHER LLP

Benedict Y. Hur *(Pro Hac Vice Pending)*
Simona A. Agnolucci *(Pro Hac Vice Pending)*
Joshua D. Anderson *(Pro Hac Vice Pending)*

Attorneys for Plaintiff
WORKDAY, INC.

WASHINGTON STATE ATTORNEY GENERAL

s/ *Adam Malcolm*
Adam Malcolm
Office of the Attorney General
Washington State University
PO Box 641031
Pullman, WA  99164-1031
Phone: 509.335.2636
adam.malcolm@wsu.edu

Attorneys for Defendant
WASHINGTON STATE UNIVERSITY

NOTICE OF SETTLEMENT - 3
Case No. 2:19-cv-00433-SAB

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2020, I electronically filed the foregoing. Notice, which will be served on all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Because counsel for WSU has not yet appeared in the case, I further certify that I caused notice of this motion to be served on all parties by email.

DATED at Spokane, Washington, this 3rd day of January, 2020.

*s/Pamela S. Miller*
Pamela S. Miller
Legal Practice Assistant

NOTICE OF SETTLEMENT - 4
Case No. 2:19-cv-00433-SAB

FOSTER GARVEY P.C.
618 W. RIVERSIDE, SUITE 300
SPOKANE, WASHINGTON 99201-5102
PHONE (509) 777-1600  FAX (509) 777-1616

FG:53580686.1