FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 14, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WORKDAY, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>WASHINGTON STATE UNIVERSITY and DOES 1 through 10,<br><br>    Defendants. | No. 2:19-cv-00433-SAB<br><br>**ORDER RE: SETTLEMENT** |

The Court having been notified of the settlement in the case, ECF No. 16, and it appearing that no issue remains for the Court's determination,

**IT IS HEREBY ORDERED:**

1. That within thirty days of the date of this Order, the parties **SHALL FILE** a stipulated motion to dismiss together with a proposed order dismissing the case.

2. All deadlines are **VACATED**, and any pending motions are **DENIED as moot**.

//
//
//
//

**ORDER RE: SETTLEMENT ~ 1**

1      3. The jury trial date is **STRICKEN**.

2      **IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter

3  this Order and to provide copies to counsel.

4      **DATED** this 14th day of January 2020.



    Stanley A. Bastian
    United States District Judge

**ORDER RE: SETTLEMENT ~ 2**