| | |
|---|---|
| 1<br>2<br>3<br>4 | FOSTER GARVEY PC<br>DIANA SIRI BREAUX, WSBA #46112<br>diana.breaux@foster.com<br>1111 Third Avenue, Suite 3000<br>Seattle, WA 98101<br>Telephone:     (206) 816-1416<br>Facsimile:      (206) 464-0125 |
| 5<br>6<br>7<br>8<br>9<br>10<br>11 | WILLKIE FARR & GALLAGHER LLP<br>BENEDICT Y. HUR, #224018<br>bhur@willkie.com<br>SIMONA A. AGNOLUCCI, #2469443<br>sagnolucci@willkie.com<br>JOSHUA D. ANDERSON, #312836<br>jdanderson@willkie.com<br>One Front Street, 34th Floor<br>San Francisco, CA 94111<br>Telephone:     (415) 858-7400<br>Facsimile:      (415) 858-7599 |
| 12 | Attorneys for Plaintiff<br>WORKDAY, INC. |

Honorable Stanley A. Bastian

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WORKDAY, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>    v.<br><br><br>WASHINGTON STATE UNIVERSITY and DOES 1 through 10,<br><br>            Defendants. | No. 2:19-cv-00433-SAB<br><br>NOTICE OF DISMISSAL |

NOTICE OF DISMISSAL - 1
NO. 2:19-CV-00433-SAB

FOSTER GARVEY PC
618 W. RIVERSIDE, SUITE 300
SPOKANE, WASHINGTON 99201-5102
PHONE (509) 777-1600   FAX (509) 777-1616

FG:53660232.1

1  Pursuant to Federal Rule of Civil Procedure 41 and Local Civil Rule
2  41(a)(1)(A), Plaintiff Workday, Inc. hereby gives notice of dismissal of the
3  above-captioned action. No answer or motion for summary judgment has been
4  served in this matter. *See* LCivR 41(a)(1)(A).

6  DATED this 17th day of January

Respectfully submitted,

FOSTER GARVEY PC
*s/Asti Gallina*
Asti Gallina WSBA #53361
618 W. Riverside, Suite 300
Spokane, WA 99201
Telephone: (509) 241-1507
Facsimile: (509) 777-1616
asti.gallina@foster.com

Diana Siri Breaux, WSBA #46112
1111 Third Avenue, Suite 3000
Seattle, WA 98101
Telephone: (206) 816-1416
Facsimile: (206) 464-0125
diana.breaux@foster.com

WILLKIE FARR & GALLAGHER LLP

Benedict Y. Hur
Simona A. Agnolucci
Joshua D. Anderson

Attorneys for Plaintiff
WORKDAY, INC.

NOTICE OF DISMISSAL - 2
NO. 2:19-CV-00433-SAB

FOSTER GARVEY PC
618 W. RIVERSIDE, SUITE 300
SPOKANE, WASHINGTON 99201-5102
PHONE (509) 777-1600  FAX (509) 777-1616

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2020, I electronically filed the foregoing. Notice, which will be served on all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Because counsel for WSU has not yet appeared in the case, I further certify that I caused this notice to be served on all parties by email.

DATED at Spokane, Washington, this 17th day of January, 2020.

*s/Pamela S. Miller*
Pamela S. Miller
Legal Practice Assistant

NOTICE OF DISMISSAL - 3
NO. 2:19-CV-00433-SAB

**FOSTER GARVEY** PC
618 W. RIVERSIDE, SUITE 300
SPOKANE, WASHINGTON 99201-5102
PHONE (509) 777-1600  FAX (509) 777-1616